UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 4:04-CR-20-01-RLY-MGN |
| | ) | |
| JAMAULE D. HOLLIS | ) | |
| | ) | |
| Defendant | ) | |

## ORDER APPROVING AND ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

The Court, having considered the Magistrate Judge's Report and Recommendation dated September 4, 2012, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of thirty-six (36) months with no term of supervised release to follow. It is recommended that the Defendant be incarcerated at the nearest federal facility, preferably in Terre Haute, Indiana.

Date: 9/10/2012

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution will be made electronically on all ECF-registered counsel of record.